FILED
2018 Mar-09 PM 05:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DONNA WOODS, | ) |
| Plaintiff | ) |
| vs. | ) Case No. 4:16-cv-00450-VEH |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant | ) |

## **MEMORANDUM OPINION**

On February 27, 2018, the magistrate judge entered a report and recommendation and allowed the parties therein fourteen (14) days in which to file objection. On March 5, 2018, plaintiff filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation, and plaintiff's objections, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the court affirm the Commissioner's decision, deny the Motion to Remand Pursuant to Social Security Ruling 16-3p, and deny the Motion to Remand Pursuant to Sentence 6.

The court will enter a separate order in conformity with this Memorandum Opinion.

**DONE** and **ORDERED** this 9th day of March, 2018.

                                                **VIRGINIA EMERSON HOPKINS**
                                                United States District Judge